# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>PATRICIA A. BAILEY A/K/A PATRICIA BAILEY; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-05652<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served PATRICIA A. BAILEY the above process on the 31 day of January, 2017, at 6:44 o'clock, PM, at 2407 W Huntingdon St Philadelphia, PA 19132 3632, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 51-55   Height 5'5   Weight 190   Race BLACK   Sex FEMALE   Hair BLACK
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of __Pa__        )
                                      ) SS:
County of __Berks__                   )

Before me, the undersigned notary public, this day, personally, appeared __D'Wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158187
Case ID #: 4802332

Subscribed and sworn to before me
this __2__ day of __Feb__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017